Henk VISSER, Plaintiff–Appellant,

v.

UNITED STATES DISTRICT COURT JUDGES OF MARYLAND; Joseph YOUNG; William Nickerson; Bill Clinton, President; Queen of the Netherlands; Those Under the Treaty of Bogota and the Hague; Donna Shalala; Bar of Maryland, Defendants–Appellees.

No. 00–2374.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Feb. 2, 2001.

Henk Visser, pro se.

Before WIDENER and MICHAEL, Circuit JJ., and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Henk Visser appeals the district court's order dismissing Visser's mandamus petition as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Visser v. United States District Court Judges,* No. CA–00–2878–AMD (D.Md. Oct. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We deny the petition for pro se writ of mandamus.

*AFFIRMED.*